CSD 1341 [11/04/20]
Name, Address, Telephone No. & I.D. No.

Order Entered on
September 2, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Joseph Philip Afshari

BANKRUPTCY NO. 13-11224-LT7

Debtor.

## ORDER APPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Upon consideration of the Application for Payment of Unclaimed Funds on the above referenced case, Docket Entry No. 783, it is ordered that

On 09/01/2022, an application was filed for the Claimant(s): Carol Kellum _____, for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 26,541.96 held in unclaimed funds be made payable to Carol Kellum

and be disbursed to the payee at the following address: 2461 Harbor Landing Cir; Saint Louis, MO 63136.

DATED: September 2, 2022

_[signature]_

Judge, United States Bankruptcy Court