**CSD 1341**  [11/04/20]
Name, Address, Telephone No. & I.D. No.

Order Entered on
September 12, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Debtor.

## ORDER APPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Upon consideration of the Application for Payment of Unclaimed Funds on the above referenced case,

Docket Entry No. _____, it is ordered that

On _____, an application was filed for the Claimant(s): _____

_____, for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $_____ held in unclaimed funds be made payable to _____

and be disbursed to the payee at the following address: _____
_____.

DATED: September 10, 2022

Judge, United States Bankruptcy Court